Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  19−15236−VFP
                          Chapter:  13
                          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Young S. You
   274 Redwood Ct.
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−8582

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 8, 2019
JAN: mcp

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-15236-VFP
Young S. You                                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1                  Date Rcvd: May 08, 2019
                              Form ID: 148                Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db             +Young S. You,    274 Redwood Ct.,    Ramsey, NJ 07446-1188
518121450      +Timber Valley at Ramsey Condo,    c/o Wilkin Mgt. Group,    45 Whitney Rd.,
                 Mahwah, NJ 07430-3160
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518121444      +EDI: BANKAMER.COM May 09 2019 03:48:00      Bank of America,    PO Box 15710,
                 Wilmington, DE 19886-5710
518121445      +EDI: CAPONEAUTO.COM May 09 2019 03:48:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
518173255      +EDI: AIS.COM May 09 2019 03:48:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518210462      +E-mail/Text: bankruptcy@cavps.com May 09 2019 00:22:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518121446      +EDI: CAUT.COM May 09 2019 03:48:00      Chase Auto Finance,    PO Box 901076,
                 Fort Worth, TX 76101-2076
518121447      +EDI: CITICORP.COM May 09 2019 03:48:00      Citi,    PO Box 6004,    Sioux Falls, SD 57117-6004
518121448      +E-mail/Text: bankruptcy.bnc@ditech.com May 09 2019 00:21:31      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
518121449      +EDI: HFC.COM May 09 2019 03:48:00      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```